IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR455 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL WHITNACK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Before the court are the defendant's unopposed Motion to Continue (Filing No. 20), and Affidavit and Waiver of Speedy Trial (Filing No. 21). The attorneys have contacted chambers and requested that this matter be scheduled for a change of plea hearing. After considering the matter,

IT IS ORDERED that the defendant's motion (Filing No. 20) is granted. A change of plea hearing is set for **April 23, 2008,** at 9:30 a.m., Courtroom 3 (Omaha). The time between **March 18, 2008,** and the date of the change of plea hearing is deemed excludable in any computation of time under the Speedy Trial Act. See 18 U.S.C. 3161(h)(1).

DATED this 18th day of March, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge