IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>vs.<br><br>DANIEL WHITNACK,<br><br>                    Defendant. | 8:07CR455<br><br><br>**ORDER** |

This matter came on for hearing on August 2, 2013, on Defendant's request for release to inpatient treatment.

IT IS ORDERED as follows:

The Defendant shall be released from custody on August 18, 2013, at 8:00 a.m. so that he can report and be admitted on August 19, 2013 to Omaha Campus for Hope, 1490 North 16th Street, Omaha, Nebraska.

The Defendant shall be released from custody on the condition that he immediately enter such program and remain in and follow all of the requirements of such program.

The Defendant shall execute all necessary release forms to allow his Probation Officer to communicate with the Defendant's counselors and mental health therapists affiliated with Omaha Campus for Hope.

The Defendant shall comply with all subsequent recommendations for any aftercare or halfway house placements following completion of inpatient treatment.

The Defendant shall comply with all previously ordered conditions of probation.

Should the Defendant be unsuccessfully discharged from the program for any reason, or otherwise violate any condition or this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

IT IS TO ORDERED.

Dated this 16th day of August, 2013.

BY THE COURT:

 Joseph F. Bataillon                    
United States District Judge